IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GREGORY PAUL DAMM,          §
#24016111                   §
     Petitioner,           §
                §
v.                          §     No. 3:24-cv-01769-E (BT)
                §
DALLAS COUNTY SHERIFF,      §
                §
     Respondent.          §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the petitioner's case will be **DISMISSED**.

**SIGNED this 16th day of August, 2024.**

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner Damm filed objections on July 26, 2024. (ECF No. 13). The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted a *de novo* review of the United States Magistrate Judge's Findings, Conclusions, and Recommendation and has determined that Damm's objections should be overruled. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error.